In the Matter of the Arbitration of Certain Differences between KANSAI SILK IMPORTING Co., INC., and H. KLUGER and Others, Individually and as Copartners Doing Business under the Firm Name and Style of H. KLUGER. In the Matter of the Application of KANSAI SILK IMPORTING Co., INC., Petitioner, Respondent, against HARRY KLUGER and Others, Individually and as Copartners Doing Business under the Firm Name and Style of H. KLUGER, Appellants, for an Order Confirming a Certain Arbitration Award.— Judgment and order unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Dore and Cohn, JJ.

WILLIAM McLAUGHLIN, Respondent, v. BURNS BROS., a Domestic Corporation, Appellant, Impleaded with Another, Defendant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $17,674.10; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — O'Malley, Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Application for Ancillary Letters Testamentary of CHAUNCEY C. WOODWORTH, Late of the County of Palm Beach, State of Florida, Deceased. LINDA V. WOODWORTH, Petitioner, Appellant; IRENE S. VALLE and Others, as Executors, etc., and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — O'Malley, Townley, Glennon, Dore and Cohn, JJ. [165 Misc. 770.]

In the Matter of the Application of JOSEPH STRENGER and IRVING RAPAPORT, for an Order Pursuant to the Provisions of Section 1077-c of the Civil Practice Act, re 1161 Sherman Avenue, Borough of Bronx. GRESADA APTS., INC., Appellant; JOSEPH STRENGER and IRVING RAPAPORT, Respondents.— Orders unanimously reversed and the matter remitted to the referee to take testimony and report to Special Term concerning the source of the payment on account of the first mortgage. If the funds employed were in part made up of the surplus which accrued during the period from June 1, 1936 to November 30, 1936, it would have a direct bearing on the issues involved upon this application. Settle order on notice. Present — O'Malley, Townley, Glennon, Dore and Cohn, JJ.